FILED
DEC 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARGARITA DIAZ-RIOS, Defendant. | ) | Criminal Case No. '07 CR 3426-JLS<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |

The United States Attorney charges:

On or about November 22, 2007, within the Southern District of California, defendant MARGARITA DIAZ-RIOS, did knowingly and intentionally import 50 grams or more, to wit: approximately 7.90 kilograms (approximately 17.38 pounds) of Methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 12/19/07.

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:jam:San Diego
12/5/07