#12

AO 455 (Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

MARGARITA DIAZ-RIOS

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR3426-JLS

I, MARGARITA DIAZ-RIOS, the above-named defendant, who is accused of committing the following offense:

Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 12/20/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Margarita Diaz
Defendant

Defense Counsel

Before
Judicial Officer

FILED
DEC 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY