Michael Edmund Burke
Attorney at Law
CSB #98925
105 West "F" Street, 4th Floor
San Diego, CA 92101
Telephone:(619) 234-2503

Attorneys for Defendant, MARGARITA DIAZ-RIOS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARGARITA DIAZ-RIOS,<br><br>Defendant. | **Case No.: 07-CR-3426-JLS**<br><br>**SENTENCING:**<br><br>**Date: 4/18/08**<br>**Time: 9:00 a.m.**<br><br>**EX PARTE MOTION FOR AN ORDER SHORTENING TIME** |

Defendant, MARGARITA DIAZ-RIOS, by and through counsel, Michael Edmund Burke, hereby petitions this Court for an Order Shortening Time to file the "Sentencing Memorandum with Letters and Documents in Support" and "Sentencing Summary Chart." This motion is being brought because counsel was burdened with competing deadlines, and did not resolve the "safety valve" issue until the end of last week. Therefore, the above referenced documents are being e-filed one (1) day after the due date.

Respectfully submitted,

Dated: April 15, 2008

S/Michael Edmund Burke

Michael Edmund Burke,
Attorney for Defendant,
MARGARITA DIAZ-RIOS

**CERTIFICATE OF SERVICE**

I, Michael Edmund Burke, hereby certify to the best of my information and belief that by having e-filed the “Ex Parte Motion for an Order Shortening Time” I have caused a copy of each to have been served via electronic mail upon the U S Attorney as follows::

Charlotte E Kaiser Charlotte.Kaiser@usdoj.gov, yvette.reyes@usdoj.gov

U S Attorney CR Efile.dkt.gc2@usdoj.gov

s/Michael Edmund Burke

Dated: April 15, 2008

_____________________________

Michael Edmund Burke,
Attorney for MARGARITA DIAZ-RIOS