Michael Edmund Burke
Attorney at Law
CSB #98925
105 West "F" Street, 4th Floor
San Diego, CA 92101
Telephone:(619) 234-2503

Attorneys for Defendant, MARGARITA DIAZ-RIOS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARGARITA DIAZ-RIOS,<br><br>Defendant. | **Case No.: 07-CR-3426-JLS**<br><br>**SENTENCING:**<br><br>**Date: 4/18/08**<br>**Time: 9:00 a.m.**<br><br>**ORDER SHORTENING TIME** |

GOOD CAUSE appearing, IT IS HEREBY ORDERED:

That the period of time in which the "Sentencing Memorandum with Letters and Documents in Support" and "Sentencing Summary Chart", each prepared by Michael Edmund Burke, on behalf of his client MARGARITA DIAZ-RIOS, in case number 07-CR-3422-JLS, must be filed in the instant matter is hereby shortened to the present day.

DATED: April 16, 2008

Janis L. Sammartino
Honorable Janis L. Sammartino
United States District Judge